**Stephen SWARTZ, Plaintiff–Appellant,**

v.

**Joseph GALLEGOS, Defendant–Appellee.**

**No. 15–15876**

United States Court of Appeals, Ninth Circuit.

Submitted November 16, 2016 *

Filed November 23, 2016

Stephen Swartz, Pro Se.

Nancy J. Davis, Pima County Attorney's Office, Tucson, AZ, for Defendant–Appellee.

Before: LEAVY, BERZON, and MURGUIA, Circuit Judges.

### MEMORANDUM **

Arizona state prisoner Stephen Swartz appeals pro se from the district court's judgment following a bench trial in his 42 U.S.C. § 1983 action alleging excessive force while he was a pretrial detainee. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

We are unable to consider Swartz's contentions that the district court erred by entering judgment for Gallegos because Swartz failed to provide any portion of the

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

trial transcript. *See* Fed. R. App. P. 10(b)(2) ("If the appellant intends to urge on appeal that a finding or conclusion is unsupported by the evidence or is contrary to the evidence, the appellant must include in the record a transcript of all evidence relevant to that finding or conclusion."); *Syncom Capital Corp. v. Wade*, 924 F.2d 167, 168 (9th Cir. 1991) (dismissing appeal filed by pro se appellant for failure to comply with Fed. R. App. P. 10(b)(2)).

**AFFIRMED.**

Before: LEAVY, BERZON, and MURGUIA, Circuit Judges.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

---

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.